```
 1  WHITE & CASE LLP
    G. LARRY ENGEL (SBN: 53484)
 2  ROBERTO J. KAMPFNER (SBN: 179026)
    VINCENT J. NOVAK (SBN: 233003)
 3  Four Embarcadero Center, 24th Floor
    San Francisco, CA 94111-3162
 4  Telephone: 415-544-1100
    Facsimile:  415-544-0202
 5
    Attorneys for Debtor and Debtor-in-Possession
 6
```

**Entered on Docket**
**March 20, 2006**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**Signed and Filed: March 20, 2006**

_____
**THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>RDR RESOLUTION LLC,<br>a California limited liability company,<br><br>Debtor.<br><br>Employer Tax I.D. No.: 16-1644989 | Case No. 05-32481-TC<br><br>Chapter 11 Case<br><br>**ORDER AUTHORIZING AND DIRECTING PAYMENT OF FIRST INTERIM FEE APPLICATION OF WHITE & CASE LLP, ATTORNEYS FOR THE DEBTOR AND DEBTOR-IN-POSSESSION**<br><br>Date:   March 17, 2006<br>Time:  9:30 a.m.<br>Place:  235 Pine Street, Courtroom 23<br>           San Francisco, CA  94104 |

Upon consideration of the First Interim Fee Application of White & Case LLP, Attorneys for the Debtor and Debtor-in-Possession, the supporting papers, and for good cause appearing:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. The Application is granted;

2. White & Case LLP is awarded first interim compensation for services rendered for the above-captioned debtor in the sum of $136,462.00 plus the sum of $4,686.63 in

ORDER AUTHORIZING AND DIRECTING PAYMENT OF
FIRST INTERIM FEE APPLICATION OF WHITE & CASE
LLP, ATTORNEYS FOR THE DEBTOR AND DEBTOR-IN-POSSESSION

SANFRAN 149312 v1 (2K)

1  expenses for the period August 4, 2005 through January 31, 2006 for a total of
2  $141,148.63 (the "Fees and Expenses"); and
3      3.   The Debtor is authorized to pay White & Case LLP the Fees and Expenses, and
4  White & Case LLP is authorized to apply any retainer previously paid by the Debtor
5  against such Fees and Expenses.
6                              **\*\*END OF ORDER\*\***

ORDER AUTHORIZING AND DIRECTING PAYMENT OF FIRST INTERIM FEE APPLICATION OF WHITE & CASE LLP, ATTORNEYS FOR THE DEBTOR AND DEBTOR-IN-POSSESSION

SANFRAN 149312 v1 (2K)

-2-

Case: 05-32481    Doc# 77    Filed: 03/20/06    Entered: 03/20/06 17:03:38    Page 2 of 3

**In re RDR Resolution LLC**
Case No. 05-32481
**Court Service List**

| | |
|---|---|
| **Debtor**<br>RDR Resolution LLC<br>c/o Stone & Youngberg<br>One Ferry Building, Suite 275<br>San Francisco, CA 94111 | **United States Trustee**<br>Patricia A. Cutler, Esq.<br>Office of the United States Trustee<br>235 Pine Street #700<br>San Francisco, CA 94104 |
| **Creditor**<br>Community Facilities District #6<br>County of Los Angeles<br>Attn: Glenn Byers<br>500 West Temple St. #434<br>Los Angeles, CA 90012 | **Attorneys for Community Facilities District #6**<br>Squire, Sanders & Dempsey LLP<br>Attn: Eric Marcks, Esq.<br>One Maritime Plaza, Suite 300<br>San Francisco, CA 94111-3492 |
| **Attorneys for Community Facilities District #6**<br>Squire, Sanders & Dempsey LLP<br>Attn: Harriet Welch<br>801 South Figueroa, 14th Floor<br>Los Angeles, CA 90017-5554 | **Creditor**<br>County of Los Angeles<br>Attn: Glenn Byers<br>Office of the Public Finance and Investments<br>L.A. County Treasurer & Tax Collector's Office<br>500 West Temple St. #434<br>Los Angeles, CA 90012 |
| **Creditor**<br>Jemstreet Development<br>Attn: Jon Friedman<br>1435 Reynolds Court<br>Thousand Oaks, CA 91362 | **Request for Special Notice**<br>Joyce M. Aiello, Esq.<br>Principal County Counsel<br>County of Los Angeles<br>648 Kenneth Hahn Hall of Administration<br>500 West Temple St.<br>Los Angeles, CA 90012 |
| **Request for Special Notice**<br>Susan Feller, Esq.<br>Sherman & Feller<br>1970 Broadway #940<br>Oakland, CA 94612 | **Creditor**<br>7 Sigma Group LLC<br>42231 6th West #204<br>Lancaster, CA 93534-7153 |
| **Creditor**<br>Allen Bee Company<br>c/o Richard Allen<br>32807 Ave. 9<br>Madera, CA 93637 | **Creditor**<br>Chicago Title Co.<br>171 N. Clark St. ML 08RS<br>Chicago, IL 60601 |
| **Creditor**<br>Chicago Title Insurance Co.<br>171 N. Clark St. 8th Fl.<br>Chicago, IL 60601 | **Creditor**<br>Continental Land Title Co.<br>55 S. Lake Ave. #500<br>Pasadena, CA 91101 |
| **Creditor**<br>Cox, Castle and Nicholson<br>2049 Century Park East 28th Fl.<br>Los Angeles, CA 90067 | **Creditor**<br>Day, Albert<br>P.O. Box 618<br>Rancho Santa Fe, CA 92067 |

ORDER AUTHORIZING AND DIRECTING PAYMENT OF FIRST INTERIM FEE APPLICATION OF WHITE & CASE LLP, ATTORNEYS FOR THE DEBTOR AND DEBTOR-IN-POSSESSION

-3-

SANFRAN 149312 v1 (2K)

| | |
|---|---|
| **Creditor**<br>Dekker, Ken and Mary<br>18 Mentone Dr.<br>Carmel, CA 93923 | **Creditor**<br>Dept. of Industrial Relations<br>Office of the Director<br>455 Golden Gate Ave.<br>San Francisco, CA 94102 |
| **Creditor**<br>Duitch, Paul<br>18163 Corte De Aceitunos<br>San Diego, CA 92128-1556 | **Creditor**<br>Earth Resources<br>c/o Joe Cota<br>18302 Sierra Hwy. #102<br>Santa Clarita, CA 91351 |
| **Creditor**<br>Employment Development Dept.<br>P.O. Box 826203 MIC 92G<br>Sacramento, CA 94230-6203 | **Creditor**<br>Franchise Tax Board<br>Attn: Bankruptcy<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |
| **Creditor**<br>Friedman, Richard<br>5741 Forest Ln.<br>Dallas, TX 75230 | **Creditor**<br>Friedman, Ronald<br>P.O. Box 1454<br>La Jolla, CA 92037 |
| **Creditor**<br>Internal Revenue Service<br>Insolvency I Stop 5022<br>300 N. Los Angeles St. #4062<br>Los Angeles, CA 90012-9903 | **Creditor**<br>Los Angeles County Tax Collector<br>Attn: Bankruptcy Unit<br>225 N. Hill St. #130<br>Los Angeles, CA 90012 |
| **Creditor**<br>Kornfeld, Raymond<br>2257 Roscomare Rd.<br>Los Angeles, CA 90077-2222 | **Creditor**<br>McAninch, L.L.<br>P.O. Box 808<br>La Quinta, CA 92253 |
| **Creditor**<br>Lyle, Allen<br>c/o Lyle and Forsyth<br>790 Mission Ave.<br>San Rafael, CA 94901 | **Creditor**<br>MSC Mortgage, Inc.<br>P.O. Box 11163<br>Marina Del Rey, CA 90292 |
| **Creditor**<br>MEC Associates, Inc.<br>2716 Ocean Park Blvd. #2025<br>Santa Monica, CA 90405 | **Creditor**<br>Robey, Ann<br>1027 N. Glenview Ct.<br>Palatine, IL 60067-0630 |
| **Creditor**<br>Pillsbury Winthrop Shaw Pitman LLP<br>c/o Robert Haight<br>10250 Constellation Dr. 21st Fl.<br>Los Angeles, CA 90067 | **Creditor**<br>Rousso, David<br>569 Spoleto Dr.<br>Pacific Palisades, CA 90272 |
| **Creditor**<br>Robey, Wilbur<br>18181 Corte De Aceitunos<br>Rancho Bernardo, CA 92128 | **Creditor**<br>Stone and Youngberg<br>One Ferry Building, Suite 275<br>San Francisco, CA 94111 |

SANFRAN 149312 v1 (2K)

-4-

ORDER AUTHORIZING AND DIRECTING PAYMENT OF FIRST INTERIM FEE APPLICATION OF WHITE & CASE LLP, ATTORNEYS FOR THE DEBTOR AND DEBTOR-IN-POSSESSION

Case: 05-32481    Doc# 77    Filed: 03/20/06    Entered: 03/20/06 17:03:38    Page 4 of 5

| | |
|---|---|
| **Creditor**<br>S and Y Capital Group<br>515 South Figueroa St. #1060<br>Los Angeles, CA 90071 | **Creditor**<br>Western Mutual Corp.<br>2244 West Coast Hwy. #200<br>Newport Beach, CA 92663 |
| **Creditor**<br>Tyrrell, Jay<br>1857 Lamplight Ct.<br>Walnut Creek, CA 94596 | **Creditor**<br>Schaefer, Jim and Peggy<br>c/o MEC Associates, Inc.<br>2716 Ocean Park Blvd. #2025<br>Santa Monica, CA 90405 |
| **Creditor**<br>Marina State Bank<br>c/o MEC Associates, Inc.<br>2716 Ocean Park Blvd. #2025<br>Santa Monica, CA 90405 | **Interested Party**<br>Kevin V. Ryan, Esq.<br>Jay R. Weill, Esq.<br>Patricia Montero<br>United States Attorneys<br>160 Spear Street, Ninth Floor<br>San Francisco, CA 94105 |

SANFRAN 149312 v1 (2K)

Case: 05-32481    Doc# 77    Filed: 03/20/06    Entered: 03/20/06 17:03:38    Page 5 of 5

-5-

ORDER AUTHORIZING AND DIRECTING PAYMENT OF FIRST INTERIM FEE APPLICATION OF WHITE & CASE LLP, ATTORNEYS FOR THE DEBTOR AND DEBTOR-IN-POSSESSION